IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CHAPTER 13
Deidra Meade

DEBTOR                          :    BKY. NO.   16-12378AMC

ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,600.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esq.
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Suite 900
      Philadelphia, PA 19102

      Deidra Meade
      1833 North Uber Street
      Philadelphia, PA 19121

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 1229
      Philadelphia, PA 19105