United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12378-amc
Deidra Meade                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia             Page 1 of 1           Date Rcvd: Jan 03, 2017
                            Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2017.
db              +Deidra Meade,    1833 North Uber Street,    Philadelphia, PA 19121-2215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    HABITAT FOR HUMANITY PHILADELPHIA, INC.
       agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Deidra  Meade ecf@ccpclaw.com, igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Deidra  Meade ecf@ccpclaw.com, igotnotices@ccpclaw.com
      THOMAS I. PULEO    on behalf of Creditor    HABITAT FOR HUMANITY PHILADELPHIA, INC.
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Deidra Meade

DEBTOR : BKY. NO. 16-12378AMC

### ORDER APPROVING COUNSEL FEE

AND NOW, this 3rd day of Jan 2017, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,600.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Deidra Meade
1833 North Uber Street
Philadelphia, PA 19121

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105